# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                             **Case No.  2:25-mj-42**

**Ismael Rodriguez Mojica**

## COURTROOM MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 1/31/2025 12:34pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Brian Martinez |
| Record: | CourtSmart | Counsel for Deft(s). | Rosie Brown |
| Interpreter: | Rafael Montanez | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted, Federal Public Defender Joe Medici appointed
-Detention & Preliminary Hearings WAIVED
-Defendant remanded to custody of USMS